Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.: 17−26904−JNP
                         Chapter: 13
                         Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Albert J. Matthews
   aka Albert Matthews III
   369 South Burlington Road
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−8731

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/8/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 8, 2018
JAN: cmf

                                                                      Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Albert J. Matthews
    Debtor

Case No. 17-26904-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2018
                         Form ID: 148     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.
```
db            +Albert J. Matthews,   369 South Burlington Road,   Bridgeton, NJ 08302-7185
517218940     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517020953     +State of New Jersey,   PO Box 283,   Trenton, NJ 08602-0283
517104911     +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   KML Law Group, P.C.,
                216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2018 22:54:30     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2018 22:54:27     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517020949     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 08 2018 22:55:25
                Bayview Financial Loan,   Attn: Customer Service Dept,   4425 Ponce De Leon Blvd, 5th Floor,
                Miami, FL 33146-1873
517020950     +E-mail/Text: bankruptcy@cavps.com Jan 08 2018 22:54:52     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,   500 Summit Lake, Ste 400,   Valhalla, NY 10595-2322
517168002     +E-mail/Text: bankruptcy@cavps.com Jan 08 2018 22:54:52     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
517020951     +EDI: RMSC.COM Jan 08 2018 22:13:00      GE Capital Retail Bank,   PO Box 965033,
                Orlando, FL 32896-5033
517020952     +EDI: IRS.COM Jan 08 2018 22:13:00      Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
517023597     +EDI: RMSC.COM Jan 08 2018 22:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517248660     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 08 2018 22:55:25
                THE BANK OF NEW YORK MELLON Trustee (See 410),   c/o Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, Florida 33146-1837
                                                                                                TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:
```
              Andrew Thomas Archer    on behalf of Debtor Albert J. Matthews aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Albert J. Matthews bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-20CB) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```